UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

ERSUL O. SANDERS,

        Defendant.

NO. CIV. S 05-1732 MCE PAN

ORDER

----oo0oo----

The Complaint in this matter, filed on behalf of Plaintiff United States of America, asserts that Defendant Ersul O. Sanders, a resident of Modesto, California, misappropriated federal survivorship annuity benefits payable to his mother, Lela Sanders, by continuing to collect said benefits in a joint checking account for almost ten (10) years following his mother's death. The City of Modesto is located within Stanislaus County, which is part of the Fresno Division of the United States Court for the Eastern District of California. See Local Rule 3-120(d).

1    Pursuant to Local Rule 3-120(f), any civil action which has
2 not been commenced in the proper court may, on the court's own
3 motion, be transferred to the proper court.  Therefore this
4 action will be transferred to the Fresno Division of the court.
5
6    IT IS SO ORDERED.
7
8 DATED: August 31, 2005

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE