1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2723

5  Attorneys for Plaintiff
   United States of America

         IN THE UNITED STATES DISTRICT COURT FOR THE

                   EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:05-CV-01110-OWW-SMS |
|---|---|
| Plaintiff, | |
| v. | MOTION FOR CONTINUANCE OF HEARING ON PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT AND **ORDER** THEREON |
| ERSUL O. SANDERS, JR., | |
| Defendant. | DATE: 2/10/06<br>TIME: 9:30 A.M.<br>COURTROOM: 7 - 6th Floor |

   Plaintiff United States of America requests that the hearing on its Request for Entry of Default Judgment against defendant Ersul Sanders be continued for a period of approximately 30 days. The hearing is currently scheduled for February 10, 2006 before Magistrate Judge Snyder.

   Plaintiff requests the continuance because undersigned counsel has recently been contacted by Frank Mohan, an attorney in Stockton, California, who represents defendant. Mr. Mohan has advised undersigned counsel that defendant may be interested in settling this action. Accordingly, granting the plaintiff's

request for a continuance would give the parties time to explore settlement options.

DATED: January 17, 2006         McGREGOR W. SCOTT
                                United States Attorney


                                /s/ Kristin S. Door
                                KRISTIN S. DOOR
                                Assistant U.S. Attorney

ORDER

Good cause having been shown, the hearing on plaintiff's Request for Entry of Default Judgment is continued to March 17, 2006 at 9:30 a.m. before Judge Snyder in Courtroom #7.

Plaintiff shall submit a supplemental brief in support of its Request for Entry of Default Judgment by March 3, 2006 . Defendant Ersul Sanders shall submit any opposition by March 10, 2006. **NOTE: Copy of this Order is to be mailed to the Defendant Ersul Sanders by Plaintiff**.

IT IS SO ORDERED.

Dated: 1/23/2006
                                /s/ Sandra M. Snyder
                                SANDRA M. SNYDER
                                UNITED STATES MAGISTRATE JUDGE

2