McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:05-CV-01110-OWW/SMS |
|---|---|
| Plaintiff, | |
| v. | MOTION FOR CONTINUANCE OF HEARING ON PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT AND **ORDER** THEREON |
| ERSUL O. SANDERS, JR., | |
| Defendant. | DATE: 3/17/06<br>TIME: 9:30 A.M.<br>COURTROOM: Courtroom #7 |

Plaintiff United States of America requests that the hearing on its Request for Entry of Default Judgment against defendant Ersul Sanders be continued for a period of approximately 60 days. The hearing is currently scheduled for March 17, 2006, before Magistrate Judge Snyder.

As stated in the Plaintiff's first request for a continuance filed on January 23, 2006, in early January undersigned counsel was contacted by Frank Mohan, an attorney in Stockton, California, who represents defendant. Mr. Mohan advised undersigned counsel that defendant may be interested in settling this action.

1         Defendant, through his counsel Frank Mohan, has provided
2 limited financial information to undersigned counsel.  After
3 reviewing the material, undersigned counsel advised Mr. Mohan that
4 she needs additional information (such as tax returns, proof of
5 current living expenses, etc.) before she can properly evaluate his
6 settlement proposal.  Accordingly, granting the plaintiff's request
7 for a continuance would give the parties time to explore settlement
8 options.
9         For scheduling purposes, undersigned counsel advises the court
10 that she is unavailable the week of May 15, 2006, and requests that
11 the hearing on plaintiff's motion not be scheduled during this
12 week.

13                                         Respectfuly submitted,

14 DATED: March 1, 2006                    McGREGOR W. SCOTT
                                           United States Attorney
15

16
                                           /s/ Kristin S. Door
17                                         KRISTIN S. DOOR
                                           Assistant U.S. Attorney
18 //

19 //

2

ORDER

Good cause having been shown, the hearing on plaintiff's Request for Entry of Default Judgment is continued to <u>June 2, 2006</u> at 9:30 a.m. before Judge Snyder in Courtroom 7 - 6th Floor.

Plaintiff shall submit a supplemental brief in support of its Request for Entry of Default Judgment by May 8, 2006.  Defendant Ersul Sanders shall submit any opposition by May 22, 2006.

Plaintiff is hereby ORDERED to serve a paper copy of this order on the defendant.

IT IS SO ORDERED.

**Dated:   March 3, 2006**               **/s/ Sandra M. Snyder**
icido3                         UNITED STATES MAGISTRATE JUDGE

3