McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2723

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:05-CV-01110-OWW/SMS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ERSUL O. SANDERS, JR., | |
| Defendant. | |

Pursuant to the Stipulated Judgment, the Court finds as follows:

1. This is a civil action against Ersul Sanders, Jr. (hereafter "defendant").

2. A Complaint was filed against defendant on August 25, 2005, alleging that defendant violated the False Claims Act, 31 U.S.C. § 3729, *et seq.*

3. The parties have entered into a Stipulated Judgment to resolve the civil claims against defendant.

Based on the above findings, and the Court being otherwise fully advised in the premises, it is hereby

1

1 | ORDERED AND ADJUDGED;

2 |     1.   That the Court adopts the Stipulated Judgment entered into by and between the parties to this action.

    2.   That the plaintiff United States of America recover from defendant Ersul Sanders, Jr. the sum of $1,774,090.00, with interest thereon at the rate of 5.01% *per annum* computed daily.

    3.   That all parties are to bear their own costs and attorney fees.

IT IS SO ORDERED.

**Dated:   January 5, 2007**       **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE